IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BRIAN BROWN**, *et al*., <br><br> **Plaintiffs,** <br><br> v. <br><br> **NEW YORK CITY HOUSING AUTHORITY,** <br><br> **Defendant.** | Case No. 1:16-cv-09263-RA <br> (Judge Ronnie Abrams) |

**NOTICE OF FILING CONSENT TO JOIN FORMS**

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individuals:

1. Santo Araujo
   59 Logan St #A1
   Brooklyn, NY 11208
   (Kings County)

2. Abraham Cohen
   1510 Ocean Parkway #D1
   Brooklyn, NY 11230
   (Kings County)

The Consent to Sue forms for the above-named opt-in plaintiffs are attached hereto as Exhibit A.

Dated: New York, New York  
       December 13, 2017

Respectfully submitted,

/s/ *Molly A. Elkin*  
Gregory K. McGillivary  
Molly A. Elkin  
WOODLEY & McGILLIVARY LLP  
1101 Vermont Ave., N.W., Suite 1000  
Washington, DC 20005  
Phone: (202) 833-8855  
mae@wmlaborlaw.com

/s/ *Hope Pordy*  
Hope Pordy  
SPIVAK LIPTON LLP  
1700 Broadway, Suite 2100  
New York, NY 10019  
Phone: (212) 765-2100  
hpordy@spivaklipton.com